**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS *ex rel.* LITTERIO, </br></br> Plaintiffs, </br></br> v. </br></br> SUPERIOR HOME HEALTH, L.L.C., a/k/a G.O.L.D.E.N. LIGHT, WEST SIDE COMMUNITY HOSPITAL, INC. d/b/a SACRED HEART HOSPITAL, EDWARD J. NOVAK, BASHI BENDARI, M.D., and JAMES M. CARUSO, M.D., </br></br> Defendants. | Civil Action No.: 09 C 0006 </br></br> Judge Holderman </br></br> FILED UNDER SEAL </br> (31 U.S.C. §3730(b)(2)) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE** that Plaintiff Laura Litterio ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action.

DATE: March 15, 2012

                                         */s/ Derek Y. Brandt*
                                         Derek Y. Brandt, Esq.
                                         SIMMONS BROWDER GIANARIS
                                         ANGELIDES & BARNERD LLC
                                         One Court Street
                                         Alton, Illinois 62002
                                         dbrandt@simmonsfirm.com

**CERTIFICATE OF SERVICE**

    I, Derek Y. Brandt, hereby certify that I understand that counsel of record will receive notice of the electronic filing of this pleading via United States District Court's ECF Website.

DATE: March 15, 2012

                                           */s/ Derek Y. Brandt*